### ZIMMERN et al. v. UNITED STATES.

#### (Circuit Court, S. D. New York. May 9, 1895.)

CUSTOMS DUTIES—CLASSIFICATION—SILK VEST CHAINS.
  Silk vest chains, in which silk is the component of chief value, were dutiable at 50 per cent. ad valorem, under paragraph 383 of the act of March 3, 1883, and not at 25 per cent., as "jewelry," under Tariff Ind. 459.

This was an application by Henry Zimmern & Co. for a review of the decision of the board of United States general appraisers affirming the decision of the collector for the port of New York in respect to the classification for duty of certain merchandise imported by them.

The merchandise in question consisted of vest chains, which are silk guards or chains used for watches and eyeglasses. Silk is the component of chief value, and the collector imposed a duty of 50 per cent. ad valorem, under paragraph 383 of the act of March 3, 1883. The importers protested on the ground that the goods were dutiable at 25 per cent., as "jewelry," under Tariff Ind. 459. The board of appraisers affirmed the collector's decision, saying that the goods were not commercially or popularly known as "jewelry."

Albert Comstock (of Comstock & Brown), for importers.
Jason Hinman, Asst. U. S. Atty., for the United States.

TOWNSEND, District Judge (orally). It does not appear that there is any commercial designation for jewelry which includes these silk vest chains. The article is not jewelry in the ordinary sense of the word, nor is it considered jewelry by the trade. The decision of the board of general appraisers is affirmed.